[No. 11140–3–II.   Division Two.   August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY JOSEPH PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 101832R60, J. Kelley Arnold, J., entered May 11, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 10928–0–II.   Division Two.   August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY PAUL CHATMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–02188–6, Arthur W. Verharen, J., entered April 13, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10620–5–II.   Division Two.   August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY JOSEPH CARLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00027–8, David E. Foscue, J., entered December 8, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.